UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FINK,<br><br>  Plaintiff,<br><br>v.<br><br>SARKIS OHANNESSIAN, et al.,<br><br>  Defendants. | Case No. EDCV 21-01124 CAS (RAO)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint ("FAC"), Dkt. No. 9, the Motion to Dismiss filed by Defendants Sarkis Ohannessian ("Ohannessian"), John McMahon ("McMahon"), and San Bernardino County (the "County") (collectively, "Defendants"), Dkt. No. 27, Plaintiff's Opposition, Dkt. No. 34, Defendants' Reply, Dkt. No. 35, the Interim Report and Recommendation of United States Magistrate Judge ("Interim Report") dated October 12, 2022, Dkt. No. 37, and all other records and files herein. The time for filing objections to the Interim Report has passed and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

Accordingly, IT IS ORDERED that:

(1) Defendants' Motion to Dismiss is GRANTED IN PART and Plaintiff's Sixth Amendment claim, municipal liability claim, and state law fraud claim are dismissed with leave to amend;

(2) Defendants' Motion to Dismiss is DENIED in all other respects without prejudice to Defendants raising the defenses at a later time; and

(3) Plaintiff is granted leave to file a Second Amended Complaint within 30 days of the date of this order. If Plaintiff chooses to proceed on his remaining claims without filing a further amended complaint, Plaintiff shall file a notice indicating so within 30 days of the date of this order.

DATED: NOVEMBER 22, 2022

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE